# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Eastern District of Michigan (Detroit) |
|---|---|---|
| Name (under which you were convicted): Abiodun Olufemi Fabode | | Docket or Case No.: 2:18-cr-20351-NGE-APP-3 |
| Place of Confinement: FCI Morgantown | | Prisoner No.: 56756-039 |
| UNITED STATES OF AMERICA v. | | Movant (include name under which you were convicted) ABIODUN OLUFEMI FABODE |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    U.S. District Court
    Eastern District of Michigan
    Southern Division - Detroit

    (b) Criminal docket or case number (if you know): 2:18-cr-20351-NGE-APP-3

2. (a) Date of the judgment of conviction (if you know): 5/6/2021

    (b) Date of sentencing: 5/4/2021

    **FILED**
    **FEB -7 2023**
    **CLERK'S OFFICE DETROIT**

3. Length of sentence: 96 Months

4. Nature of crime (all counts):

    Ct 1s: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846 841(a)(1), and (b)(1)(C);
    Cts 2s - 7s: Distribution of Controlled Substances and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

5. (a) What was your plea? (Check one)

    (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9. If you did appeal, answer the following:

    (a) Name of court:   United States Court of Appeals for the Sixth Circuit

    (b) Docket or case number (if you know):   No. 21-1491

    (c) Result:   Affirmed

    (d) Date of result (if you know):   11/8/2022

    (e) Citation to the case (if you know):   US v. Abiodun Fabode, No. 21-1491 (6th Cir. 2022)

    (f) Grounds raised:

    Fabode challenges his convictions and sentence. He takes issue with several statements made by the prosecutors at trial, one of the District Court's evidentiary rulings, the District Court's drug-quantity calculation, his sentence to a longer term of imprisonment than that received by his co-defendants, and portions of the district court's jury instructions.

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

        If "Yes," answer the following:

        (1) Docket or case number (if you know):

        (2) Result:

        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

        (2) Docket or case number (if you know):

        (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

    (7) Result:

    (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑   No ❑

    (7) Result:

    (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:       Yes ❑   No ❑

    (2)  Second petition:   Yes ❑   No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**

Ineffective Assistance of Pretrial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Pretrial counsel's failure to:
(1) Communicate with Fabode and provide information to him that he needed to assess the government's case-in-chief in order for him to make an informed decision as to whether to proceed to trial or plead guilty;
(2) Conduct an adequate and independent pretrial investigation;
(3) File substantive pretrial motions such as a motion; and
(4) Attempt to negotiate a reasonable Plea Agreement with the government deprived Fabode of effective assistance of counsel during the pretrial phase of the proceedings.

A Memorandum of Law in Support will be forthcoming.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

　　　Yes ☐　No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

　　　Yes ☐　No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**

Ineffective Assistance of Trial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel's failure to:
(1) Convey his trial strategy and inform Fabode of any affirmative defense he intended to raise at trial;
(2) Prepare for trial and research the applicable law and review the discovery provided by the government;
(3) Subpoena or call any defense witnesses on Fabode's behalf;
(4) Properly cross-examine government witnesses to challenge their reliability and credibility; and
(5) Lodge proper objections at trial deprived him of effective assistance of trial counsel and a fair and reliable jury verdict.

A Memorandum of Law in Support will be forthcoming.

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

**Claims of ineffective assistance of counsel are not generally raised on direct appeal.**

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):



(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Case 2:18-cr-20351-NGE-APP   ECF No. 296, PageID.3311   Filed 02/07/23   Page 7 of 14

Page 8


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

Ineffective Assistance of Sentencing Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sentencing counsel's failure to:
(1) Properly discuss and explain the PSR to Fabode prior to the sentencing hearing;
(2) File substantive objections to the PSR;
(3) Argue for mitigation of punishment and object to his sentence being substantively unreasonable; and
(4) File a Notice of Appeal deprived Fabode of effective assistance of sentencing counsel under the Sixth Amendment, a fair and just sentence.

A Memorandum of Law in Support will be forthcoming.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND FOUR:**

Ineffective Assistance of Appellate Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Appellate counsel's failure to:
(1) Communicate with Fabode regarding his direct appeal;
(2) Permit Fabode to participate in his appeal; and
(3) Raise stronger issues, which were available and ripe for disposition deprived Fabode of effective assistance of appellate counsel and a fair and meaningful appellate review.

A Memorandum of Law in Support will be forthcoming.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:
Richard M. Shulman, 24750 Lahser Road, Suite 105, Southfield, MI 48034

(b) At arraignment and plea:
Richard M. Shulman, 24750 Lahser Road, Suite 105, Southfield, MI 48034

(c) At trial:
Richard M. Shulman, 24750 Lahser Road, Suite 105, Southfield, MI 48034

(d) At sentencing:
Richard M. Shulman, 24750 Lahser Road, Suite 105, Southfield, MI 48034

(e) On appeal:

Richard M. Shulman, 24750 Lahser Road, Suite 105, Southfield, MI 48034

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

    N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, Fabode respectfully requests that the Court grant the following relief:

    Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary hearing to further prove his grounds set forth above, resolve facts in dispute, expand an incomplete record or any other relief to which this Court deems that he may be entitled.

    Respectfully submitted,

ABIODUN OLUFEMI FABODE
REG. NO. 56756-039
FCI MORGANTOWN
FEDERAL CORR. INSTITUTION
P.O. BOX 1000
MORGANTOWN, WV 26507
Appearing *Pro Se*

## DECLARATION OF ABIODUN OLUFEMI FABODE

    I, Abiodun Olufemi Fabode, declarant herein, declare and attest to the facts in the above and foregoing Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. I placed this § 2255 Motion in the prison mailbox on the date below invoking the prison mailbox rule. See *Houston v. Lack*, 487 U.S. 266, 270 (1988).

Dated: February 2, 2023

ABIODUN OLUFEMI FABODE

PRIORITY MAIL

PRESS FIRMLY TO SEAL        PRESS FIRMLY TO SEAL




U.S. POSTAGE PAID
PM
HOUSTON, TX
77070
FEB 02, 23
AMOUNT
$9.65
R2303S101806-03

RDC 04    48226



UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

MR. ABIODUN OLUFEMI FABODE
REG. NO. 56756-039
FCI MORGANTOWN
FEDERAL CORR. INSTITUTION
P.O. BOX 1000
MORGANTOWN, WV 26507

TO:
Ms. Kinikia D. Essix
Clerk of Court
U.S. District Court
Eastern District of Michigan
Southern Division
231 West Lafayette Boulevard
Detroit, MI 48226

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT



RECEIVED
FEB - 7 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

**TRACKED ■ INSURED**



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

EXPECTED DELIVERY DAY: 02/06/23

USPS TRACKING® #



9505 5104 4803 3033 4898 66

